UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-cv-150-D

IN THE MATTER OF THE )
ARBITRATION BETWEEN )
HOLTON B. SHEPHERD AND BONNIE )
SHEPHERD JTTEN; HOLTON B. )
SHEPHERD; BONNIE L. SHEPHERD; )
ROBERT C. YOUNG; AND )
109-U-PULL-IT, INC., )
ROBERT C. YOUNG, PRESIDENT ) **ORDER TO APPEAR**
                                                            ) **TELEPHONICALLY**
      Plaintiffs, )
                                  )
v. )
                                  )
LPL FINANCIAL LLC, )
      Defendant. )

**THIS MATTER** comes before the Court on the Plaintiffs' Motion to Appear Telephonically. The Court having considered the submission, and finding that good cause exists, hereby orders that:

The Plaintiffs' Motion to Appear Telephonically for the hearing scheduled on March 20, 2019 at 2:00 p.m. shall be granted.

SO ORDERED. This 15 day of March, 2019.

                                                                                                    JAMES C. DEVER III
                                                                                                    United States District Judge