UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-CV-150-D

IN THE MATTER OF THE ARBITRATION )
BETWEEN HOLTON B. SHEPHERD, et al. )
)
        Plaintiffs, )
) **ORDER REGARDING**
v. ) **DEFENDANT'S MOTION FOR**
) **CLARIFICATION**
LPL FINANCIAL LLC, )
)
        Defendant. )
_____)

Before the Court is Defendant LPL Financial LLC's Motion for Clarification [DE-77] (the "Motion"). The Court hereby orders that:

The hearing set for March 20, 2019, _____ [(will) will not] include oral argument on Plaintiffs' Petition to Vacate [DE 1-2] and Defendant's Cross-Petition to Confirm [DE 16].

**SO ORDERED** this the **19** day of **March**, 2019.

                              _____
                              JAMES C. DEVER III
                              ~~Chief~~ United States District Judge