UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HOLTON B. SHEPHERD, BONNIE L. SHEPHERD, ROBERT C. YOUNG, 109 U-PULL-IT, INC., and ROBERT C. YOUNG, President,<br><br>Plaintiffs,<br><br>v.<br><br>LPL FINANCIAL LLC,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-cv-150-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiffs' motion for summary judgment [D.E. 63] and CONFIRMS the arbitration award of $107,677 entered in plaintiffs' favor. The court GRANTS plaintiffs' motion to withdraw [D.E. 67] and GRANTS plaintiffs' motion for hearing [D.E. 65]. Plaintiffs' motion for permission to file a memorandum is WITHDRAWN [D.E. 58].

**This Judgment Filed and Entered on March 20, 2019, and Copies To:**

| | |
|---|---|
| David Gaba | (via CM/ECF electronic notification) |
| Shaun A. Pollenz | (via CM/ECF electronic notification) |
| Bradley Boone Rounsaville | (via CM/ECF electronic notification) |
| Jaime Haggard Scivley | (via CM/ECF electronic notification) |
| Daniel Strong | (via CM/ECF electronic notification) |
| Kristi Lyn Gavalier | (via CM/ECF electronic notification) |
| Gregory Wenzl Brown | (via CM/ECF electronic notification) |

DATE:  
March 20, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk